"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA07-301M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| Manuel Erenas, | |
| Defendant. | |

**I.**

A.  ( )   On motion of the Government in a case allegedly involving:

    1.  ( )   a crime of violence.

    2.  ( )   an offense with maximum sentence of life imprisonment or death.

    3.  ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1   B.   (X)   On motion by the Government/( ) on Court's own motion, in a case
2                      allegedly involving:
3           (X)   On the further allegation by the Government of:
4                 1.   (X)   a serious risk that the defendant will flee.
5                 2.   ( )   a serious risk that the defendant will:
6                      a.   ( )   obstruct or attempt to obstruct justice.
7                      b.   ( )   threaten, injure or intimidate a prospective witness or
8                      juror, or attempt to do so.
9   C.   The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10        condition or combination of conditions will reasonably assure the defendant's
11        appearance as required and the safety or any person or the community.
12
13                                        **II.**
14   A.   (X)   The Court finds that no condition or combination of conditions will
15                reasonably assure:
16           1.   (X)   the appearance of the defendant as required.
17                     (X)   and/or
18           2.   (X)   the safety of any person or the community.
19   B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence
20        to the contrary the presumption provided by statute.
21
22                                        **III.**
23       The Court has considered:
24   A.   (X)   the nature and circumstances of the offense(s) charged, including whether
25                the offense is a crime of violence, a Federal crime of terrorism, or involves
26                a minor victim or a controlled substance, firearm, explosive, or destructive
27                device;
28   B.   (X)   the weight of evidence against the defendant;

C.  (X)  the history and characteristics of the defendant; and

D.  (X)  the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.  (X)  As to flight risk: Defendant's lack of adequate bail resources, history of probation violations, failures to appear, use of different birthdates, and the nature of the alleged offense.

B.  (X)  As to danger: The charged offense and Defendant's extensive criminal history.

## VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:

    1.  ( )  obstruct or attempt to obstruct justice.

    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.  The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of

|     |     |     |
| --- | --- | --- |
| 1   |     | the Attorney General for confinement in a corrections facility separate, to the |
| 2   |     | extent practicable, from persons awaiting or serving sentences or being held in |
| 3   |     | custody pending appeal. |
| 4   | C.  | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 5   |     | opportunity for private consultation with counsel. |
| 6   | D.  | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 7   |     | request of any attorney for the Government, the person in charge of the |
| 8   |     | corrections facility in which defendant is confined deliver the defendant to a |
| 9   |     | United States marshal for the purpose of an appearance in connection with a court |
| 10  |     | proceeding. |

DATED:  October 22, 2007         /s/      ARTHUR NAKAZATO
                                         ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE